George J. Wall, OSB No. 934515  
gwall@eastpdxlaw.com  
825 NE 20th Ave., Suite 330  
Portland OR 97214  
Telephone: (503)236-0068  
Fax No.: (503)236-0028  

Of Attorneys for Plaintiff, Jonathan J. Lukcik

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Jonathan J. Lukcik,<br><br>    Plaintiff,<br><br>v.<br><br>Kilolo Kijakazi,<br>Acting Commissioner,<br>Social Security Administration,<br><br>    Defendant. | Case No.:   3:22-cv-01826-CL<br><br>ORDER OF DISMISSAL |

After considering the Plaintiff's unopposed motion for dismissal with prejudice, it is hereby ORDERED that dismissal is granted.

IT IS SO ORDERED this 28 day of November, 2023.

MARK D. CLARKE  
United States Magistrate Judge

Page 1 – ORDER